BOSTON FIVE MORTGAGE CORPORATION *v.* COLONIAL LAND DEVELOPMENT, INC., ET AL.
(12138)

FOTI, FREEDMAN and CRETELLA, Js.

Argued November 29—decision released December 21, 1993

*Gregory Musumano,* pro se, the appellant (defendant).

*Christopher J. Hug,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.